

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 03-cr-20082 |
| VERSUS | JUDGE HAIK |
| CHAD E. MELBERT | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter[Rec. Doc. 50 and 52] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the petition for writ of *habeas corpus* pursuant to §2241 be DENIED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion pursuant to §2255 be DENIED, as time-barred.

Signed at Lafayette, Louisiana, this 7th day of August, 2012.

_____
DISTRICT JUDGE RICHARD T. HAIK, SR.